# United States District Court
## Violation Notice

**CVB Location Code:** M6H

**Violation Number:** F01L001P
**Officer Name:** Gassman
**Officer No.:** 2444

F01L001P

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 11/02/2024 06:36
**Offense Charged:** FED 36 CFR 261.13
**Place of Offense:** Tamphrey Creek (NSFT-6959b)

**Offense Description: Factual Basis for Charge**
36 CFR 261.13 - MOTOR VEH USE OTH DESIGNA

**HAZMAT:** ☐

### DEFENDANT INFORMATION

**Phone:**

**Last Name:** Greydanus
**First Name:** Ryan
**M.I.:** L

**Street Address:**
**City:**
**State:**
**Zip Code:**
**Date of Birth (mm/dd/yyyy):**

**Drivers License No.:**
**CDL:** ☐
**D.L. State:**
**Social Security No.:**

Adult ☐   Juvenile ☐   Sex ☐ M ☐ F   Race   Hair   Eyes   Height   Weight

### VEHICLE

**VIN:**
**CMV:** ☐

**Tag No.:**
**State:**
**Year:**
**Make/Model:** /
**PASS:** ☐
**Color:**

**A** ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

**B** ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

| | | |
|---|---|---|
| | $ 200.00 | Forfeiture Amount |
| | $ 30.00 | Processing Fee |
| PAY THIS AMOUNT | $ 230.00 | Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** 2601 2nd Ave. N, Billings, Montana 59101
**Date (mm/dd/yyyy):** 01/21/2025
**Time (hh:mm):** 09:00

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Previous edition is obsolete     Original - CVB Copy     FS-5300-4 (7/05)

F01L001P

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____11/02/2024_____ while exercising my duties as a law enforcement officer in the _____ District of _____MT_____

Pursuant to 16USC 551: I state that on November 2nd, 2024 while exercising my duties as a law enforcement officer in the Judicial District of Montana: I, Officer Gabe Gassman, received a report from Montana Game and Fish Warden, B. Lloyd, of a complaint regarding a Travel Plan violation on the Custer Gallatin Forest, near Tamphery Creek.

Warden Lloyd further informed me that he had received the complaint and had also contacted the suspect of the complaint at a state sanctioned game check station, along U.S. Highway 191. Warden Lloyd identified the suspect as Ryan GREYDANUS.

I was able to contact and interview GREYDANUS, who admitted to driving his OHV on National Forest System Trail 6959b. I asked GREYDANUS if he was using a certain mapping application while on the Forest and he stated he was.

I asked him to open the application and click and click on the trail, which identified the trail as a non-motorized trail.

I issued GREYDANUS a violation notice, for violating 36CFR 261.16(13) forest travel plan. I advised GREYDANUS of his court date and the address of the court, as well as his need to appear if he decided to not pay the collateral amount.

The foregoing statement is based upon:

☒ MY PERSONAL INVESTIGATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____11/02/2024_____   _[signature]_
              Date (mm/dd/yyyy)         Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on: _____
              Date (mm/dd/yyyy)         U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;   PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;   CMV = Commercial vehicle involved in incident